E-filing
7/25/11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICAN *ex rel* HAROON AZIZ,<br><br>    Plaintiff,<br><br>v.<br><br>CVS CAREMARK CORPORATION, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-01372 CRB<br><br>**ORDER UNSEALING CASE** |

At a hearing on this matter on July 22, 2011, the Court denied Defendant's Motion to Dismiss and ordered that the Complaint be unsealed and served on Defendant. Accordingly, this matter is hereby UNSEALED.

**IT IS SO ORDERED.**

Dated: July 25, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\1372\Unsealing Order.wpd