1  GEOFFREY M. EZGAR (CSBN 184243)
   gezgar@kslaw.com
2  CATHERINE M. O'NEIL
   (*Appearance Pro Hac Vice*)
3  coneil@kslaw.com

4  **KING & SPALDING LLP**
   101 Second Street, Suite 2300
5  San Francisco, CA 94105
   Telephone:  +1 415 318 1200
6  Facsimile:   +1 415 318 1300

7  Attorneys for Defendants

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA, STATE          Case No. 3:09-cv-01372-CRB
   OF CALIFORNIA, STATE OF HAWAII,
12 STATE OF NEVADA ex rel. HAROON
   AZIZ,                                    **NOTICE OF SUBSTITUTION OF**
13                                          **COUNSEL AND [PROPOSED] ORDER**
                   Plaintiffs,              **APPROVING SUBSTITUTION**
14         v.
                                            Judge:  Hon. Charles R. Breyer
15 CVS CAREMARK CORPORATION,
   LONGS DRUG STORES CORPORATION,
16 and DOES 1 - 10,

17                 Defendants.

18         Notice is hereby given that, subject to approval by the Court, named Defendants CVS

19 Caremark Corporation and Longs Drug Stores Corporation (collectively "Defendants" or

20 "CVS") substitute Geoffrey M. Ezgar of the law firm of King & Spalding LLP, California State

21 Bar No. 184243, as counsel of record in place of Ross W. Nadel (previously of the law firm of

22 King & Spalding LLP).

23         Contact information for new counsel is as follows:

24         Geoffrey M. Ezgar
           KING & SPALDING LLP
25         101 Second Street, Suite 2300
           San Francisco, CA  94105
26         Telephone:  +1 415 318 1200
           Facsimile:  +1 415 318 1300
27         gezgar@kslaw.com

28
                                             1
   NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6), 12(b)(1) AND 9(b)
                          Case No. 3:09-cv-01372-CRB

1         Defendants consent to the above substitution.

2    DATED:  October 26, 2011              s/ Barbara Rowland
                                                 Barbara Rowland, Esq.

3

4

5         I consent to being substituted.

6

7    DATED:  October 26, 2011              s/ Ross W. Nadel
                                                 Ross W. Nadel, Esq.

8

9

10        I consent to the above substitution.

11

12   DATED:  October 26, 2011              s/ Geoffrey M. Ezgar
                                                 Geoffrey M. Ezgar, Esq.

13

14

15   **DECLARATION OF CONSENT**

16        Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest under

17   penalty of perjury that concurrence in the filing of this document has been obtained from Barbara

18   Rowland, Ross W. Nadel and Geoffrey M. Ezgar.

19

20   DATED:  October 26, 2011              /s/ Catherine M. O'Neil

21        IT IS SO ORDERED that Geoffrey M. Ezgar of the law firm of King & Spalding LLP,

22   California State Bar No. 184243, is hereby substituted as counsel of record in place of Ross W.

23   Nadel (previously of the law firm of King & Spalding LLP) on behalf of named Defendants CVS

24   Caremark Corporation and Longs Drug Stores Corporation.

25   DATED:  October _27_, 2011                 _____

26                                         HONORABLE CHARLES R.
                                    UNITED STAT...

27

28
                                      2

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA