GOEFFREY M. EZGAR (CSBN 184243)
gezgar@kslaw.com
CATHERINE M. O'NEIL
(*Appearance Pro Hac Vice*)
coneil@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:  +1 415 318 1200
Facsimile:   +1 415 318 1300

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF HAWAII, STATE OF NEVADA ex rel. HAROON AZIZ,<br><br>Plaintiffs,<br>v.<br><br>CVS CAREMARK CORPORATION, LONGS DRUG STORES CORPORATION, and DOES 1 - 10,<br><br>Defendants. | Case No. 3:09-cv-01372-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON MOTION TO DISMISS**<br><br>Judge:  Hon. Charles R. Breyer |

Relator Haroon Aziz and named Defendants CVS Caremark Corporation and Longs Drug Stores Corporation (collectively "Defendants" or "CVS"), by and through their respective counsel, hereby STIPULATE:

1. In a case management conference held on September 9, 2011, this Court scheduled argument on Defendants' Motion to Dismiss for November 4, 2011 at 10:00 a.m.

2. Catherine M. O'Neil, counsel for Defendants, has been scheduled to appear in a zoning hearing on the evening of November 3, 2011, which now makes travel from Georgia to California in time for the November 4, 2011 hearing very difficult.

3. Further, Defendants have just substituted counsel in this matter, due to the departure of Ross W. Nadel from King & Spalding. New counsel, Geoffrey M. Ezgar, is scheduled to be in New York on November 4, 2011.

1      4. In light of these conflicts, Defendants respectfully request that the hearing on the
2  Motion to Dismiss be rescheduled.
3      5. The parties propose that the hearing be rescheduled for November 18, 2011 at 10:00
4  a.m.

6  DATED:  October 28, 2011       /s/ Michael A. Hirst
                                         Michael A. Hirst, Esq.
                                         Hirst Law Group, P.C.
                                         Counsel for Relator Haroon Aziz

                                         /s/ Catherine M. O'Neil
                                         Catherine M. O'Neil, Esq.
                                         (*Appearance Pro Hac Vice*)
                                         King & Spalding LLP
                                         Counsel for Defendants

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michael A. Hirst.

                                                               /s/ Catherine M. O'Neil

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the hearing on the Motion to Dismiss is rescheduled for November 18, 2011 at 10:00 a.m.

DATED: November 1, 2011



_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

3

JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON MOTION TO DISMISS
Case No. 3:09-cv-01372-CRB