IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF HAWAII, STATE OF NEVADA ex re. HAROON AZIZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>CVS CAREMARK CORPORAION, LONGS DRUG STORES CORPORATION, and DOES 1 - 10,<br><br>    Defendant. | No. C 09-01372 CRB<br><br>**ORDER OF DISMISSAL** |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty (60)ninety, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith brestored to the calendar to be set for trial.

Dated: December 8, 2011

                                                        CHARLES R. BREYER
                                                        UNITED STATES DISTRICT JUDGE