GEOFFREY M. EZGAR (State Bar No. 184243)
  gezgar@kslaw.com
CATHERINE M. O'NEIL (*Pro Hac Vice*)
  coneil@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:  +1 415 318 1200
Facsimile:   +1 415 318 1300

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF HAWAII, STATE OF NEVADA ex rel. HAROON AZIZ,<br><br>                    Plaintiffs,<br><br>       v.<br><br>CVS CAREMARK CORPORATION, LONGS DRUG STORES CORPORATION, and DOES 1 - 10,<br><br>                    Defendants. | Case No. 3:09-cv-01372-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING ORDER OF DISMISSAL**<br>Courtroom 8, 19th Floor<br>Judge:  Hon. Charles R. Breyer |

    Relator Haroon Aziz ("Aziz") and named Defendants CVS Caremark Corporation and Longs Drug Stores Corporation (collectively "Defendants" or "CVS"), by and through their respective counsel, hereby STIPULATE:

    1.  At this time, the United States, the State of California, Aziz, and CVS have agreed on all terms and all documents involved in the settlement of this action.  The parties are in the process of signing those settlement documents.  After the Settlement Agreement is executed, CVS will make payment of the Settlement Amount to the United States, the State of California, and Aziz within seven (7) business days, at which time Aziz and CVS will file a Stipulation and

1  [Proposed] Order of Dismissal, together with the signed Consent of the United States and the
2  State of California to the dismissal.  Accordingly, the parties need brief, additional time to
3  execute and file the settlement documents and forward payment.
4      2.  The parties hereby request that the Court continue its Order of April 20, 2012, and
5  allow an additional fourteen (14) days for the parties to execute and file the settlement
6  documents and forward payment.

    Dated: May 18, 2012
    /s/ Michael A. Hirst
    Michael A. Hirst, Esq.
    Hirst Law Group, P.C.
    Attorneys for Relator Haroon Aziz

    /s/ Catherine M. O'Neil
    Catherine M. O'Neil, Esq.
    (*Appearance Pro Hac Vice*)
    King & Spalding LLP
    Attorneys for Defendants

### **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michael A. Hirst.

    /s/ Catherine M. O'Neil

1   PURSUANT TO STIPULATION, IT IS SO ORDERED, that: (1) the Court's Order
2   Continuing its Order of Dismissal issued April 20, 2012, is hereby continued for an additional
3   fourteen (14) days; (2) the parties shall have an additional fourteen (14) days to execute and file
4   the settlement documents and forward payment in this matter; and (3) this case is dismissed
5   without prejudice; provided, however, that if any party hereto shall certify to this Court, within
6   fourteen (14) days, with proof of service of a copy on opposing counsel, that the agreed
7   consideration for said settlement has not been delivered over, the foregoing Order shall stand
8   vacated and this case shall forthwith be restored to the calendar to be set for trial.

10  DATED:  May 21, 2012

                                        _____
11                                      HON. CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE