Michael A. Hirst, Esq. CA Bar #131034
Michael.Hirst@hirstlawgroup.com
Leslie S. Guillon, Esq. CA Bar #22400
Leslie.Guillon@hirstlawgroup.com
HIRST LAW GROUP, P.C.
200 B Street, Suite A
Davis, CA 95616
Tel: (530) 756-7700
Fax: (530) 756-7707

Mark A. Kleiman, Esq. CA Bar #115919
mkleiman@earthlink.net
LAW OFFICES OF MARK ALLEN KLEIMAN
2907 Stanford Avenue
Venice, CA 90292
Tel: (310) 306-8094
Fax: (301) 306-8491

Attorneys for Qui Tam Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| United States *ex rel.* HAROON AZIZ,<br><br>Plaintiffs,<br><br>v.<br><br>CVS CORP., LONGS DRUG STORES CORP., and DOES 1– 10,<br><br>Defendants. | No. C 09-1372 CRB<br><br>STIPULATION TO DISMISS ACTION; [~~PROPOSED~~] ORDER OF DISMISSAL |

Under Fed.R.Civ.P.41(a)(1), Relator Haroon Aziz ("Aziz" or "Relator") and named Defendants CVS Caremark Corporation and Longs Drug Stores Corporation (collectively "Defendants" or "CVS"), by and through their respective counsel, hereby STIPULATE to the dismissal of this declined qui tam action.

1. Relator dismisses this action in its entirety with prejudice as to himself.

2. The United States, through the attached consent provided pursuant to 31 U.S.C. § 3730(b)(1), and the State of California, through the attached consent provided pursuant to Cal. Gov. Code § 12652(c)(1), have consented to the dismissal with prejudice of claims for the period January 1, 2000 to June 1, 2010, regarding allegations that Defendant Longs pharmacies violated

the False Claims Act (FCA), 31 U.S.C. §§ 3729-3733, and California Government Code §§ 12651(a)(1), (a)(2), (a)(7), and (a)(8), by overcharging the Medicaid program for individuals who were covered by both Medicaid and a primary third-party insurance plan, and by misrepresenting the manufacturer of certain over-the-counter drugs dispensed by Longs pharmacies to Medicaid beneficiaries between January 1, 2000 and June 1, 2010. The dismissal of claims with prejudice applies to all conduct of Defendant Longs pharmacies and to Defendant CVS as successor in liability to Longs.

3. All other claims in this action are dismissed without prejudice as to the United States and California.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 6, 2012  /s/ Michael A. Hirst
Michael A. Hirst, Esq.
Hirst Law Group, P.C.
Attorneys for Relator Haroon Aziz

/s/ Catherine M. O'Neil
Catherine M. O'Neil, Esq.
(*Appearance Pro Hac Vice*)
King & Spalding LLP
Attorneys for Defendants

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X (B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Catherine M. O'Neil.

/s/ Michael A. Hirst

- 2 -

### [PROPOSED] ORDER TO DISMISS DECLINED QUI TAM ACTION

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that,

1. This action is dismissed in its entirety with prejudice as to the Relator Haroon Aziz;

2. As to the United States and the State of California, claims for the period January 1, 2000 to June 1, 2010, regarding allegations that Defendant Longs pharmacies violated the False Claims Act (FCA), 31 U.S.C. §§ 3729-3733, and California Government Code §§ 12651(a)(1), (a)(2), (a)(7), and (a)(8), by overcharging the Medicaid program for individuals who were covered by both Medicaid and a primary third-party insurance plan, and by misrepresenting the manufacturer of certain over-the-counter drugs dispensed by Longs pharmacies to Medicaid beneficiaries between January 1, 2000 and June 1, 2010, are dismissed with prejudice. The dismissal of claims with prejudice applies to all conduct of Defendant Longs pharmacies and to Defendant CVS as successor in liability to Longs.

3. All other claims in this action are dismissed without prejudice as to the United States and California.

IT IS SO ORDERED,

Dated: __June 7, 2012___    _____
HON. CHARLES R. BREYER
United States District Judge

